# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

ALISA PERSONS,                                             Civil No. 09-2884 (JRT/LIB)

                                   Plaintiff,

v.                                                                    **ORDER ADOPTING REPORT
                                                                          AND RECOMMENDATION**

WDIO-TV AND HUBBARD
BROADCASTING,

                                   Defendants.

_____

> Alisa Persons, 1625 Centerville Road #22, Tallahassee, FL 32308, pro se plaintiff.
>
> Joseph Roby, Jr. and Laura Weintraub, **JOHNSON KILLEN & SEILER**, 230 West Superior Street, Suite 800, Duluth, MN 55802, for defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated November 18, 2011 [Docket No. 62]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion for Entry of Judgment [Docket No. 45] be **GRANTED** and Defendant's Motion to Dismiss [Docket No. 50] be **GRANTED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 9, 2011
at Minneapolis, Minnesota

_____ s/ John R. Tunheim _____
JOHN R. TUNHEIM
United States District Judge